Same case below, 621 F.3d 644.

**No. 10-7773. Richard Leon McKenzie, Petitioner v. Oregon Department of Corrections, et al.**

562 U.S. 1189, 131 S. Ct. 1038, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 904.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 235 Or. App. 380, 231 P.3d 1191.

**No. 10-7800. Oscar Anthony Barretto, Petitioner v. Domingo Uribe, Jr., Acting Warden.**

562 U.S. 1189, 131 S. Ct. 1021, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 797.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 644.

**No. 10-7827. Erica Bishop, Petitioner v. Housing Authority of South Bend.**

562 U.S. 1189, 131 S. Ct. 1022, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 865.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Third District, denied.

Same case below, 920 N.E.2d 772.

**No. 10-7839. Joseph A. Stock, Petitioner v. Dave Rednour, Warden.**

562 U.S. 1189, 131 S. Ct. 1022, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 768.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7847. Steven McMillen, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

562 U.S. 1189, 131 S. Ct. 1022, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 890.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

**No. 10-7853. Victor Perez, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

562 U.S. 1189, 131 S. Ct. 1022, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 760.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7856. James Robert Blodgett, Jr., Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1022, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 897.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 392.

**No. 10-7863. Bernard Andrew White, Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1023, 178 L. Ed. 2d 846, 2011 U.S. LEXIS 741.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.